**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA MARIE MARTELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant | Case No.: 8:23-cv-01817-MCS-SSC<br><br>ORDER ON STIPULATION AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 (ECF No. 10) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,237.49 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  February 2, 2024

*Mark C. Scarsi*

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE